IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN CANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:09-cv-02981 |
| v. ) | Judge: Der-Yeghiayan |
| ) | |
| SC & ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF PLAINTIFF

Plaintiff, KEVIN CANNON, deposes and states, that if called to testify, Plaintiff would testify as follows:

1. I am over the age of eighteen (18) and I am competent to testify at hearing should I be so required.

2. I have personal knowledge of the facts contained within this affidavit.

3. If asked to do so, I would testify in accordance with the facts contained within this affidavit.

4. On or about March 20, 2009, I received a telephone call from Ms. Maya Robinson who stated that she was calling from SC & Associates to collect a debt allegedly owed by Plaintiff on a payday loan.

5. The debt Ms. Robinson claimed that I owed was for personal services.

6. During the course of the conversation with Ms. Robinson, she told me:

    i. SC & Associates was a consumer watchdog group protecting people from unfair judgments and it was calling to save me from having to pay a judgment.

    ii. SC & Associates had a judgment entered against me.

    iii. If I failed to pay the amount outstanding on the alleged debt, I would end up spending time in jail.

7. SC & Associates has never provided me with a written statement of my rights.

7

8. On or about April 16, 2009, SC & Associates telephoned me directly in an effort to collect on the alleged debt.

9. Prior to the aforesaid date, my attorneys had written to SC & Associates advising it that they represented me in this matter.

10. As a result of SC & Associates' conduct, I suffered embarrassment, mental anguish and emotional distress.

11. With respect to damages, I request the following:

   a. Actual damages in the amount of $1,000.00.

   b. Statutory damages in the amount of $1,000.00

   c. My attorneys' fees and costs.

12. Under penalties as provided by law pursuant to the Federal Rules of Civil Procedure, the undersigned certifies that the statements set forth in the aforesaid section of this document, entitled "Attestation of the Facts," are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Signed: _____
Kevin Cannon

Dated: 8-17-09

8