*Larry Smith and Associates*

## All Time for Selected File:

### Cannon, Kevin v. SC & Associates, LLC

Client ID: Cannon, Kevin
Matter ID: I09121L

| Date | Timekeeper | Task / Activity Code & Description | Time (hours) |
|---|---|---|---|
| Aug 26, 2009 | David Marco | Motion for Judgment: Review motion for judgment, travel to and from court, wait for case to be called, step up and present motion for judgment.  Receive and review judgment order.  (Estimated) | 1.30 |
| Aug 13, 2009 | David Marco | Prepare Motion for Default Judgment: Review Motion for Default, review file to confirm lack of appearance from Defendant, review pleadings and prepare introduction section, review and revise memorandum of law, prepare clients claim for damages, clients attestation of the facts, pull and prepare attorneys fees and costs, calculate and present, review prove up materials and prepare correspondence to client advising as to status of proceedings and requesting review and signature of attestation.  Receive and review attestation and prepare for filing. | 1.70 |
| Jul 28, 2009 | David Marco | Attend Motion for Default: Review motion, review court's daily calendar to confirm date and time of Motion, travel to and from court, wait for case to be called, step up and argue motion, receive and review court order setting new date for prove up | 1.30 |
| Jul 28, 2009 | David Marco | Prepare Certificate of Service for filing and file same. | 0.20 |
| Jul 9, 2009 | Michael Lee | Prepare Motion for Default, Notice of Motion, Certificate of Service and supporting affidavits.  File and mail copy to defendant. | 0.70 |
| Jun 3, 2009 | Larry Smith | Received Order from Court; compared with notes of appearance on that date; updated file. | 0.20 |
| May 20, 2009 | Michael Lee | Receive Filed Complaint and Summons from Clerk;Research local process server; Call process server to discuss service on defendant; prepare letter to server with fee and enclose complaint and summons. | 0.20 |
| May 18, 2009 | David Marco | Receive and review filed copies of pleadings and related documents, update database with case assignment details and annotate file regarding service of summons. | 0.20 |

*Larry Smith and Associates*

## All Time for Selected File:

### Cannon, Kevin v. SC & Associates, LLC

Client ID: Cannon, Kevin
Matter ID: I09121L

| Date | Timekeeper | Task / Activity Code & Description | Time (hours) |
|---|---|---|---|
| May 16, 2009 | David Marco | Prepare final draft of FDCPA Complaint: Receive and review correspondence from client confirming review of pleading and checking for accuracy, review file and initial draft of pleading, make amendments to pleading and prepare final draft, prepare civil cover sheet, prepare appearances for all counsel of record, prepare summons, prepare all documents for filing, electronically file pleading and all attachments. | 1.10 |
| May 14, 2009 | David Marco | Prepare FDCPA Complaint: Review file and all documents from client and determine specific violations of the FDCPA, telephone call to client to review accuracy of allegations, discuss pleading with supervising attorney, conduct research to ascertain correct legal entity to name in pleading and to ascertain location of Defendant for purposes of preparing summons, prepare initial draft of pleading and prepare correspondence to client enclosing copy of pleading for clients review. | 1.50 |
| Apr 30, 2009 | Larry Smith | Review File for Response from Defendant to Initial Pre-liltigation letter; prepared follow up letter giving one last chance to resolve prior to filing suit. | 0.20 |
| Apr 13, 2009 | Larry Smith | Prepare Pre-litigation letter to Defendant detailing all violations that occured and providing support; made demand for settlement. | 0.60 |
| Apr 9, 2009 | Larry Smith | Received back completed form; reviewed and contacted potential client for comprehensive interview; discussed claims and retainer agreement - sent retainer. | 1.20 |
| Apr 9, 2009 | Larry Smith | Open file in database; diaried events in system; created client file. | 0.80 |
| Mar 31, 2009 | Larry Smith | Received Call from Potential New Client; initial conversation to determine legitimacy of case; sent form for completion. | 0.40 |

**11.60**